1

2

3

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-18-12

DEPUTY CLERK

O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY PELTIER-OCHOA, | Case No. EDCV 12-0663-JAK (RNB) |
| Plaintiff, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| KENNETH J. MIELE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file, and the Report and Recommendation of the United States Magistrate Judge. On September 11, 2012, plaintiff filed a document captioned "Plaintiff's Motion to Strike Report and Recommendation of United States Magistrate Judge" which the Court construes as plaintiff's objections to the Report and Recommendation. Having made a de novo review of those portions of the Report and Recommendation to which objections have been made, the Court accepts the findings and recommendations of the Magistrate Judge.

//

//

//

1    IT THEREFORE IS ORDERED that (1) Commissioner Durand-
2  Barkley's Motion to Dismiss is granted; and (2) plaintiff's claims against
3  Commissioner Durand-Barkley are dismissed without leave to amend.

4

5  DATED: _September 17, 2012_

                                              JOHN A. KRONSTADT
6                                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28