O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.29.12

DEPUTY CLERK

FILED
CLERK U.S.D.C. SOUTHERN DIVISION

OCT 29 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY PELTIER-OCHOA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH J. MIELE, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 12-0663-JAK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file, and the Report and Recommendation of the United States Magistrate Judge filed on October 1, 2012. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice as to the two remaining defendants (i.e., Kenneth J. Miele and Sunlan-020105, LLC).

DATED: 10/25/2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE