JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.29.12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY PELTIER-OCHOA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH J. MIELE, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 12-0663-JAK (RNB)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herein,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice as to the two remaining defendants (i.e., Kenneth J. Miele and Sunlan-020105, LLC).

DATED: 10/25/2012

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY